(Del. Rev. 11/14) Pro Se General Complaint Form

**FILED MAR 31 2025 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Gloria Maria Montoya Santiago (Ramirez) / Divorced Lastname (Sanchez) US INS Alias = Gloria A. SASU"

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. 25 - 397

*(To be assigned by Clerk's Office)*

-against-

(18A) Witness Program Enrollees As: Alias (1) Lo Popkins (2) Darren Popkins (3) WADE WOOLFOLK (4) VINCE DIESEL (5) Jeanette Matthews (6) Jerry Rawlings (7) George Bush (8) ☐ Yes ☒ No

(plaintiff doctors) (8A) Atiana Chaddof (8B) John Allotey - Police Commissioner (9) Felicia Donelson (10) Barack Obama (11) Kwame Obeng Grace (12) Charlotte Safoa (13) Faeyomi Montanson Sasu (12A) Derek Booten (13A) JAIN ACP (13) Blythe Nelson (13C) Samatha Nelson (13D) Sara Nelson of Ohio/Virginia

(B) Gloria and Felix's Washington Williams (C) Rushon Balin and Ike Leggett of Michigan and Maryland (D) Anthony Gary Brown and Larry Hogan & US Congress (E) Manny Kwabukiell Mensch Kershaw Bester Brown

(13E) Chioma Oruh (14C) Pooja Sethi (14D) Melanie Shearder (15) Snoop Dougie

(14) Beck Frempong (15) Sam Frempong (14A) Poet Dumas (16) Mike Ito

(15) Roca-fella Clothing / Def Jam / Viacom / Sony of North America - Business

**COMPLAINT**
*(Pro Se)*

Jury Demand?
☐ Yes
☒ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Gloria Maria Montoya Santiago (Ramirez)
Name (Last, First, MI) Public Defenders

201 Loudoun Street SE 3rd floor
Street Address

Leesburg   Virginia   20175
County, City   State   Zip Code

703-771-2507   ABOONE@VAdefenders.org
Telephone Number   E-mail Address (if available)

**Defendant(s)**

Manuel Diaz LAW of Mexico
Tele: 2108905600

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: USA FBI Immigration Unit (Witness Prgm)
Name (Last, First)

1300 Pennsylvania Ave NW 5th floor
Street Address

WASHINGTON   DC   20000
County, City   State   Zip Code

Defendant 2: Mercy Health / Christinia Care / Jefferson Health
Name (Last, First)

1400 14th Street North Admin
Street Address

Wilmington   DE   20140
County, City   State   Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**     US State Dept VSA Prgm / US Dept Homeland USA Prgm

Defendant 3: Trinity Health / Nazareth Hospital
Name (Last, First)

2603 Holme Street Admin
Street Address

Philadelphia   PA   19150
County, City     State     Zip Code

Defendant 4: Center for medicaid & medicare
Name (Last, First)

17010 Security Blvd Tower 3
Street Address

Baltimore   MD   27890
County, City     State     Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

USA Govt. 2000 thru 2089, federal Question when a USA Deported Black American citizen of Republic of Cuba recieving a final order of validity in the USA citizenship revoked and USA military enlisted conduct private "RAPE" without cause of long-term Relationships with consented out of wedlock child that is permanent "Interracial" As evident of caring and affidavit financial support and fraternity

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Originated Court Venue was US Federal Courts at Navy Yard @ Pentagon and Kansas State Courts/Hyattsville Maryland Courts Leesburg State Courts/California Texas State Courts of USINS/USCIS/FBI Immigrant/US State Courts rendered final order Dept of valid USA govt Identity docum

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: NY/NJ/Penn/Maryland/California/Florida/Michigan federal courts

Date(s) of occurrence: 1966 thru 2090 (Present Archived)

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:** AT "NUNC Witness Protective Services Prgm" 2005 (and) 2027; Gloria Maria Montoya Santiago (Ramirez Sanchez at Divorce) relocated to Pennsylvania/Delaware Region from Kansas State where she reconfirmed her L'Avana Universidad Bachelorette & Masters Degree in Portuguese/Spanish/Islands of USINS Alias (Gloria Saay) Louis Pettigrew with advance degree from Russea Federation and Spain/France/United Kingdom/German Belgium

What happened to you?

(Del. Rev. 11/14) Pro Se General Complaint Form

Gloria Santiago declared a series lawsuits in state thru federal courts within USA and its remote locations and that of private property owners that entrench irrational activity that written as none lawful actions/wrongful detainment/forced RAPE/forced Poverty/forced Transmission of none curable Diseases/not edible foods/Refusal of medical treatment ex Hostages/detainee/Prisoners' and that of minor Child under laws of Segregation/laws of Intergration/laws of Common neutrality/criminal investigative services without justified cause of Inhuman actions of torture/disfigurement

> Was anyone else involved?

abuse/stressors of war-related Injuries/Physical scars of "Hazing" and Captivity and mental Abuse of desperatees-gential munilation lumor at Inmates/Children of abnormalitys/Children of retardation being forced to participate in Abusive/nasenities and inner city crimes include pregnancies under ABOG/ABIM/NOMBE/National Pharmacy Board BMC-Fertility medicine/adoloscent medicine/morgue scenes facline to complete human aportions noted as final deceased state without FINAL Death as CORPSES-AS-Humans support Basic/AD vaneelife

(Del. Rev. 11/14) Pro Se General Complaint Form

> **Who did what?**

Within the State of WAR crimes and none "WAR" crimes, and organized criminal activity and crime organizations noted one (1gty) of 200,000 large syndicates to small residential criminal organizations and their direct biological families as criminals at limited duties / partime duties, and full time criminal activity that are infested within United States of America and it's remote locations marked from 1950(s) thru 2089(s) as spoken/acted upon/written/graffetied family influenced as gang related activity/Hostile foreign entity and violent and murdering Bound identity with visible violence/education discrepancies to include ELL/ESOL scored reports variance of English language comprehension plus Portugese/Spanish language /linguist comprehension at advanced college degree acquirements Above fluents/written formal literature with primary language does not under secondary language of Russian/German/English/ARABIC Italian/Judaic-Hindustico-Islamic Derived Meddle Eastern tribal languages that strive under Audiological Superiority and tongue language Articulations to Include Native North American Indian languages

1

*[Top margin annotations:]* Dental Injury / Osteobone damage / Body contortion / Overdose of FDA / Diseased basal / Approved medicine / Convulsions / Head Injury / 1950 thru 2080 medicine

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Monetary damages / repair of dermatological scars and menicolators / repair of oral maxifacial mandibular jawline damages / Parestic Brain damages, eye-orbital oculen iris damages under opthmalogy-optometry in "zero" to "none" vision damages that cause final stage of Blindness / sightloss / factorial - nasal smell lost and dental science abuse that has unremarkable into remarkable skull damages / fractures that bring about delayed reconstruction of skull / breast / gynecological organs

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ greater then trillion USD

☐ Other (explain): (1) Cease criminal access to me (2) Cease witness Destructive Acts to me / of medical / surgical / dental / gyneco/ obsteric / ABotomclinic / Biometric / Liposal Surgical equipment sanewzation & Repair, Prison Bldg Maintance & Securement of Privacy, Children of victim / Inmate / witness Preserved in lieus of witness protection that DO-NOT-EBB(ED) on the survival of me and society to sustain our life at disease freedom proven by modern medicine and refrain from repurcussey of science and gouvermental hired apptmnts employed practicing successful agency employees that do not compromise and nuassance the American family dynemies and immigrants wellness as a working person and working family, include child labor / child educator

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1/20/2023
Dated                                                                 Plaintiff's Signature

Gloria Santiago Varney (Sanchez maned name) — White/Latino/Hispanic/non Negro
Printed Name (Last, First, MI)

201 Loudoun Street 2nd/3rd floor  Leesburg
Address                                        City                                State    Zip Code

ndh@nsvalegal.comp.com                    snelson@ohioindependent.org
manueldan@manueldanlaw.com                 AB00ne@vaindependent.org
Telephone Number                           E-mail Address (if available)

218 890 5000 / 703 771-5100 / Clerke Nelson Burton Zipin Greenbay Beddwyd
List the same information for any additional plaintiffs named. Attach additional sheets of paper
as necessary.  David Green Law Only / Eric Mololuo      John Lyay
                                        robbed as WhenHose Stephus  @morgan
**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other**      Morgan Lew
**materials to the Clerk's Office with this complaint.**